**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Allison Kaye Daniels** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aaron Michael Daniels** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number  23-41487
(if known)

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|   |   |   | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **IRS**<br>Priority Creditor's Name<br>**PO Box 7346**<br>**Philadelphia, PA 19101**<br>Number Street City State Zip Code | Last 4 digits of account number ____<br>When was the debt incurred? _____ | $200,000.00 | $200,000.00 | $0.00 |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Business taxes - estimate only**

| 2.2 | **State of Washington** | Last 4 digits of account number | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Dept. of Labor and Industries**
**PO Box 44510**
**Olympia, WA 98504-4510**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

■ **Check if this claim is for a community debt**

**Business taxes - notice only**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.3 | **State of Washington** | Last 4 digits of account number | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Department of Revenue**
**PO Box 44171**
**Olympia, WA 98504**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

■ **Check if this claim is for a community debt**

**Business taxes - notice only**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 2.4 | **State of Washington** | Last 4 digits of account number | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Employment Security Department**
**PO Box 9046**
**Olympia, WA 98507**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

■ **Check if this claim is for a community debt**

**Business taxes - notice only**

**Is the claim subject to offset?**
■ No
☐ Yes

---

**Part 2:**  **List All of Your NONPRIORITY Unsecured Claims**

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

| Debtor 1 | **Allison Kaye Daniels** | | |
|---|---|---|---|
| Debtor 2 | **Aaron Michael Daniels** | Case number (if known) | **23-41487** |

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | **Total claim** |
|---|---|---|---|
| **4.1** | **Ally** | Last 4 digits of account number **5820** | **$77,741.41** |
| | Nonpriority Creditor's Name | | |
| | **PO Box 380902** | **When was the debt incurred?** | |
| | **Bloomington, MN 55438-0902** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ■ **Check if this claim is for a community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify **Business loan for 2021 Chevrolet Silverado with personal guarantee.** | |

| **4.2** | **Bank of America** | Last 4 digits of account number **0614** | **$2,965.38** |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | **PO Box 672050** | **When was the debt incurred?** | |
| | **Dallas, TX 75267** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ■ **Check if this claim is for a community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify **Consumer credit** | |

| **4.3** | **Bank of America** | Last 4 digits of account number **9498** | **$12,036.18** |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | **PO Box 672050** | **When was the debt incurred?** | |
| | **Dallas, TX 75267** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ■ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ■ **Check if this claim is for a community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify **Consumer credit** | |

| Debtor 1 | Allison Kaye Daniels | | | |
|---|---|---|---|---|
| Debtor 2 | Aaron Michael Daniels | | Case number (if known) | 23-41487 |

### 4.4 BMO Harris Bank NA
Nonpriority Creditor's Name
**PO Box 71951**
**Chicago, IL 60694-1951**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____ **$91,801.06**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt.**

### 4.5 Caine & Weiner
Nonpriority Creditor's Name
**935 National Parkway #40**
**Schaumburg, IL 60173**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____ **$1,689.70**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt. Collections for United Financial Casualty Company.**

### 4.6 Cashmere Valley Bank
Nonpriority Creditor's Name
**124 E. Penny Road, Suite 202**
**Wenatchee, WA 98801**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____ **$60,295.31**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt.**

Debtor 1 **Allison Kaye Daniels**
Debtor 2 **Aaron Michael Daniels**   Case number (if known) **23-41487**

---

| 4.7 | **Earley Tire Factory** | Last 4 digits of account number | $27,926.56 |

Nonpriority Creditor's Name
**PO Box 64**
**1400 W. Wishkah St.**
**Aberdeen, WA 98520**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.8 | **Fastrak** | Last 4 digits of account number | $716.00 |

Nonpriority Creditor's Name
**Violation Processing Dept.**
**PO Box 26925**
**San Francisco, CA 94126**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt for toll violations.**

---

| 4.9 | **Financial Pacific Leasing** | Last 4 digits of account number | $50,000.00 |

Nonpriority Creditor's Name
**PO Box 848779**
**Los Angeles, CA 90084-8779**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| Debtor 1 | Allison Kaye Daniels |
| Debtor 2 | Aaron Michael Daniels |

Case number (if known) **23-41487**

---

**4.10**

**Good To Go!**
Nonpriority Creditor's Name
**PO Box 34562**
**Seattle, WA 98124-1562**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debts for tolls.**

**$13.65**

---

**4.11**

**Harbor Battery Company, LLC**
Nonpriority Creditor's Name
**601 W. State Street**
**Aberdeen, WA 98520**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt**

**$833.30**

---

**4.12**

**Kapitus Servicing**
Nonpriority Creditor's Name
**2500 Wilson Blvd. Ste. 350**
**Arlington, VA 22201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business loan with personal guarantee**

**$33,777.00**

---

Debtor 1 **Allison Kaye Daniels**
Debtor 2 **Aaron Michael Daniels**

Case number (if known) **23-41487**

| 4.13 | **Les Schwab** | Last 4 digits of account number **1169** | **$1,238.90** |

Nonpriority Creditor's Name
**PO Box 5350**
**Bend, OR 97708**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Consumer credit**

---

| 4.14 | **Paccar Financial Corp.** | Last 4 digits of account number | **$339,071.23** |

Nonpriority Creditor's Name
**PO Box 1518**
**Bellevue, WA 98009-1518**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

| 4.15 | **PAM** | Last 4 digits of account number | **$378.00** |

Nonpriority Creditor's Name
**PO Box 500**
**Horseheads, NY 14845-0500**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt for Bay Area Toll Authority.**

Debtor 1 **Allison Kaye Daniels**
Debtor 2 **Aaron Michael Daniels**

Case number (if known) **23-41487**

---

### 4.16 Pape Kenworth
Nonpriority Creditor's Name
**Po Box 35144 #5077**
**Seattle, WA 98124-5144**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt**

**$10,704.97**

---

### 4.17 Petro Card, Inc.
Nonpriority Creditor's Name
**PO Box 34243**
**Seattle, WA 98124-1243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt**

**$161,227.18**

---

### 4.18 Shop Your Way Mastercard
Nonpriority Creditor's Name
**PO Box 6276**
**Sioux Falls, SD 57117-6276**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** **0048**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consumer credit**

**$3,871.35**

---

| Debtor 1 | Allison Kaye Daniels | | | |
|---|---|---|---|---|
| Debtor 2 | Aaron Michael Daniels | Case number (if known) | 23-41487 | |

### 4.19

**Small Business Admin.**
Nonpriority Creditor's Name
**14925 Kingsport Road**
**Fort Worth, TX 76155-2243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     $350,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business loan with personal guarantee**

### 4.20

**Targeted Lending Co., LLC**
Nonpriority Creditor's Name
**5403 Olympic Drive NW Ste. 200**
**Gig Harbor, WA 98335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     $60,613.96

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt**

### 4.21

**Twinstar Credit Union**
Nonpriority Creditor's Name
**PO Box 718**
**Olympia, WA 98507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 8144     $14,058.01

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Consumer credit**

| Debtor 1 | **Allison Kaye Daniels** | | |
|---|---|---|---|
| Debtor 2 | **Aaron Michael Daniels** | Case number (if known) | **23-41487** |

### 4.2.2 Uline
Nonpriority Creditor's Name
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   **$861.79**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt**

---

### 4.2.3 Unique Wine
Nonpriority Creditor's Name
**940 Thomas Ave SW**
**Renton, WA 98057**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   **$10,062.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt**

---

### 4.2.4 WCLA Insurance Agency
Nonpriority Creditor's Name
**Po Box 2168**
**Olympia, WA 98507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   **$1,071.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt**

---

| Debtor 1 | Allison Kaye Daniels | | |
|---|---|---|---|
| Debtor 2 | Aaron Michael Daniels | Case number (if known) | 23-41487 |

**4.25**

**World Fuel Services**
Nonpriority Creditor's Name
**2320 Milwaukee Way**
**Tacoma, WA 98421**
Number Street City State Zip Code

Last 4 digits of account number _____

$26,617.46

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Altus Receivables Mgmt**
**2121 Airline Drive, Ste. 520**
**Metairie, LA 70001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**American Bureau of Collections**
**500 Seneca Street, Ste. 400**
**Buffalo, NY 14204-1963**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Continental Commercial Group**
**1111 N. Brand Blvd. #401**
**Glendale, CA 91202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Dellwo, Roberts & Scanlon**
**1124 W. Riverside Ave. #310**
**Spokane, WA 99201-1109**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Orion First**
**PO Box 2149**
**Gig Harbor, WA 98335**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Seyfarth Shaw, LLC**
**Attn:  Dan W. Ballesteros**
**999 Third Ave. Ste. 4700**
**Seattle, WA 98104-4041**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| Debtor 1 | **Allison Kaye Daniels** | | | Case number (if known) | **23-41487** |
| Debtor 2 | **Aaron Michael Daniels** | | | | |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 200,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **200,000.00** |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,339,571.40 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **1,339,571.40** |

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Allison Kaye Daniels** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aaron Michael Daniels** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number (if known) | 23-41487 | | |

■ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors                                         12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ■ Yes.

   In which community state or territory did you live?   **-NONE-**   . Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 | **Daniels Trucking LLC** **6818 River Rd.** **Aberdeen, WA 98520** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.12** ☐ Schedule G _____ **Kapitus Servicing** |
| 3.2 | **Daniels Trucking LLC** **6818 River Rd.** **Aberdeen, WA 98520** | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.1** ☐ Schedule G _____ **Ally** |

| Debtor 1 | Allison Kaye Daniels Aaron Michael Daniels | Case number *(if known)* | 23-41487 |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.3 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.7**<br>☐ Schedule G ____<br>**Earley Tire Factory** |
| 3.4 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.16**<br>☐ Schedule G ____<br>**Pape Kenworth** |
| 3.5 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.22**<br>☐ Schedule G ____<br>**Uline** |
| 3.6 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.20**<br>☐ Schedule G ____<br>**Targeted Lending Co., LLC** |
| 3.7 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.9**<br>☐ Schedule G ____<br>**Financial Pacific Leasing** |
| 3.8 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.11**<br>☐ Schedule G ____<br>**Harbor Battery Company, LLC** |
| 3.9 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.17**<br>☐ Schedule G ____<br>**Petro Card, Inc.** |
| 3.10 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G ____<br>**World Fuel Services** |

| | | |
|---|---|---|
| Debtor 1 | **Allison Kaye Daniels**<br>**Aaron Michael Daniels** | Case number *(if known)* **23-41487** |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.24**__<br>☐ Schedule G _____<br>**WCLA Insurance Agency** |
| 3.12 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.5**__<br>☐ Schedule G _____<br>**Caine & Weiner** |
| 3.13 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.4**__<br>☐ Schedule G _____<br>**BMO Harris Bank NA** |
| 3.14 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.6**__<br>☐ Schedule G _____<br>**Cashmere Valley Bank** |
| 3.15 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.14**__<br>☐ Schedule G _____<br>**Paccar Financial Corp.** |
| 3.16 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**Small Business Admin.** |
| 3.17 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**PAM** |
| 3.18 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.8**__<br>☐ Schedule G _____<br>**Fastrak** |

| Debtor 1 | **Allison Kaye Daniels**<br>**Aaron Michael Daniels** | Case number *(if known)* **23-41487** |
|---|---|---|

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.19 | **Daniels Trucking LLC**<br>**6818 River Rd.**<br>**Aberdeen, WA 98520** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.23**__<br>☐ Schedule G _____<br>**Unique Wine** |

Official Form 106H          Schedule H: Your Codebtors          Page 4 of 4

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Allison Kaye Daniels** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Aaron Michael Daniels** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number (if known) | 23-41487 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Allison Kaye Daniels**          X **/s/ Aaron Michael Daniels**
**Allison Kaye Daniels**                **Aaron Michael Daniels**
Signature of Debtor 1                    Signature of Debtor 2

Date **November 16, 2023**              Date **November 16, 2023**

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**